IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| UNITED STATES OF AMERICA | I N D I C T M E N T |
|---|---|
| v. | Case No. _____ |
| KEVIN LEE OLSON | Violation:  18 U.S.C. § 875(c) |

**Threatening Interstate Communications**

The Grand Jury Charges:

On or about December 22, 2016, in the District of North Dakota,

KEVIN LEE OLSON

did knowingly transmit in interstate commerce via e-mail, a threat to kill or injure the

person of another, that is, KEVIN LEE OLSON sent an e-mail to United States Senator

Heidi Heitkamp, Washington, District of Columbia, which stated: "It's (sic) seems the

only consideration these days is when one becomes a criminal.  I guess I should find you,

you bitch, and shoot you in your red head!"

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:


/s/ Foreperson
Foreperson


/s/ Keith W. Reisenauer
KEITH W. REISENAUER
Attorney for the United States Acting Under
 Authority Conferred by 28 U.S.C. § 515

JMM/vlt