IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN LEE OLSON | S U P E R S E D I N G<br>I N D I C T M E N T<br><br>Case No. 3:17-CR-26<br><br>Violation:  18 U.S.C. § 875(c) |

**Threatening Interstate Communications**

The Grand Jury Charges:

On or about December 22, 2016, in the District of North Dakota,

KEVIN LEE OLSON

did knowingly transmit in interstate commerce via e-mail, for the purpose of issuing a threat to injure another person, and with knowledge that the communication would be viewed by another person as a threat, in that KEVIN LEE OLSON sent via the internet an e-mail to United States Senator Heidi Heitkamp, Washington, District of Columbia, which stated: "It's (sic) seems the only consideration these days is when one becomes a criminal.  I guess I should find you, you bitch, and shoot you in your red head!"

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Keith W. Reisenauer
KEITH W. REISENAUER
Attorney for the United States Acting Under
 Authority Conferred by 28 U.S.C. § 515

JMM/vlt