IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

v.                          **CASE NO. 3:17-CR-00026 BSM**

**KEVIN LEE OLSON**                                             **DEFENDANT**

### VERDICT FORM

On the charge of sending an email in interstate commerce threatening to harm Senator Heidi Heitkamp, we find the defendant, Kevin Lee Olson,

_Guilty_.
(guilty or not guilty)

Guilty

_____
FOREPERSON

12/15/17
_____
DATE